SEYFARTH SHAW LLP
William J. Dritsas (SBN 097523) wdritsas@seyfarth.com
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
Robb D. McFadden (SBN 258569) rmcfadden@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman (SBN 154481) mhoffman@employment-lawyers.com
Leonard Emma (SBN 224483) lemma@sfemployment-lawyers.com
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone:  (415) 362-1111
Facsimile:  (415) 362-1112

Attorneys for Plaintiff
KEVIN McCONNELL

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KEVIN McCONNELL, an individual, | Case No. C 11-3794-CRB |
| Plaintiff, | **STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| RED ROBIN INTERNATIONAL, INC., a Colorado Corporation; JILL DIPOLINI, an individual, | Complaint Filed:  August 1, 2011 |
| Defendant. | |

WHEREAS, on August 1, 2011, Plaintiff Kevin McConnell ("Plaintiff") filed a lawsuit against Defendants Red Robin International, Inc. ("Red Robin") and Jill DiPolini [Dkt. No. 1];

WHEREAS, on or about December 29, 2011, Red Robin was served with the Complaint;

WHEREAS, on January 12, 2012, Red Robin filed a Declination to Proceed Before a

1

| | |
|---|---|
| 1 | Magistrate Judge [Dkt. No. 6]; |
| 2 | WHEREAS, on January 18, 2012, the case was reassigned to the Hon. Charles R. Breyer |
| 3 | and all pre-trial dates were vacated [Dkt. No. 8]; |

Magistrate Judge [Dkt. No. 6];

WHEREAS, on January 18, 2012, the case was reassigned to the Hon. Charles R. Breyer and all pre-trial dates were vacated [Dkt. No. 8];

WHEREAS, on January 19, 2012, the Court's Clerk confirmed to Plaintiff's counsel that the Initial Case Management Conference originally scheduled for January 26, 2012 before the Magistrate Judge had been vacated;

WHEREAS, on January 19, 2012, Red Robin filed an Answer to the Complaint [Dkt. No. 9];

WHEREAS, Fed. R. Civ. P. 26(f)(1) requires the Parties to confer at least 21 days before the Initial Case Management Conference in order to discuss discovery and scheduling issues;

WHEREAS, Fed. R. Civ. P. 26(f)(2) requires the Parties to file with the Court a written report outlining the Parties' discovery plan within 14 days after the Rule 26(f) conference;

WHEREAS, Fed. R. Civ. P. 26(a)(C) requires the Parties to exchange Initial Disclosures within 14 days after the Rule 26(f) conference unless a different time is set by stipulation or court order;

WHEREAS, on January 26, 2012, an initial Case Management Conference was scheduled for eight days later, on February 3, 2012, at 8:30 AM [Dkt. No. 10];

WHEREAS, the Parties cannot satisfy the requirements set forth in Fed. R. Civ. P. 26(a)(C), (f)(1) and (f)(2) prior to the Initial Case Management Conference set for February 3, 2012;

WHEREAS, the Parties met and conferred on January 26, 2011, and agreed that additional time is needed to satisfy the requirements set forth in Fed. R. Civ. P. 26(a)(C), (f)(1), and (f)(2), prior to the Initial Case Management;

WHEREAS, pursuant to Local Rule 16-2(e) and 7-12 the Parties have stipulated to continue the Initial Case Management Conference scheduled for February 3, 2012 and reschedule it for a date that is convenient to this Court on or after March 16, 2012.

THEREFORE, the Parties STIPULATE and agree as follows:

1      (1)   That the Initial Case Management Conference scheduled for February 3, 2012 at 8:30 a.m. be rescheduled to a date and time convenient to this Court on or after March 16, 2012; and,

    (2)   That all Rule 26 Meet and Confer deadlines be continued and re-calendared based on the state of the rescheduled Initial Case Management Conference.

**IT IS SO STIPULATED.**

DATED: January 26, 2012          SEYFARTH SHAW LLP

By  \s\ Robb D. McFadden
    William J. Dritsas
    Catherine M. Dacre
    Robb D. McFadden
    Ari Hersher
Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

DATED:  January 26, 2012         HOFFMAN EMPLOYMENT LAWYERS, LLC

By  \s\Leonard Emma
    Michael Hoffman
    Leonard Emma
Attorneys for Plaintiff
KEVIN McCONNELL

Stipulation Continuing Initial Case Management Conference and [Proposed] Order
Case No. C 11-3794-CRB

1  **ORDER**

2      PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause

3  therein, IT IS HEREBY ORDERED that the:

4      Case Management Conference scheduled for February 3, 2012 at 8:30 a.m. be

5  rescheduled to _____8:30 a.m on March 23___, 2012.

6      **Plaintiff's** counsel is to set up the conference call with all the parties on the line and call

7      Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in

8  accordance with the provisions of Fed. R. Civ. P. 5 not enrolled in the e-filing program.

9  Following service, the party causing the service shall file a certificate of service with the Clerk of

10  Court.

11

12      **IT IS SO ORDERED.**

13

14  DATED:  __January 27, 2012__  _____

    JUDGE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

14133523v.1

4

Stipulation Continuing Initial Case Management Conference and [Proposed] Order
Case No. C 11-3794-CRB